IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>EDWARD J. MCKEE JR.,<br>Individually and d/b/a Ding's<br>Cocktail Lounge, and as Trustee<br>of the Edward J. McKee Jr. and<br>Roxann M. Stine Family Trust UTA<br>dated September 4, 2003; ROXANN<br>M. STINE, Individually and d/b/a<br>Ding's Cocktail Lounge, and as<br>Trustee of the Edward J. McKee<br>Jr. and Roxann M. Stine Family<br>Trust UTA dated September 4,<br>2003,<br><br>        Defendants.<br>_____ | 2:11-cv-02124-GEB-DAD<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE |

        Plaintiff states in his Status Report filed October 24, 2011: "Plaintiff and Defendants are currently in the process of finalizing a settlement agreement and a notice of settlement has been filed." (ECF No. 6.) However, a notice of settlement has not been filed in this action. But since Plaintiff represents that this action has settled, a document disposing of this action shall be filed no later than November 13, 2011. See L.R. 16-160(b) (stating a date for filing documents

1

disposing of the action "shall not be more than twenty (20) calendar days from the date of [when the settlement notification was received]"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions."). Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 7, 2011 is continued to November 28, 2011 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

    IT IS SO ORDERED.

Dated: October 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge